UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820

May 17, 2000

MEMORANDUM TO COUNSEL RE:   Enrico Partners, L.P. v. McDonald's Corporation
Case No. AMD 00-283

You have submitted to the Clerk a "Stipulated to Scheduling Order."

I have not approved your proposed changes to the scheduling order issued in this case on March 15, 2000. Nevertheless, I have no objection to your informal agreement to modify the dates set forth in that order. Also, I do agree that the due date for dispositive pre-trial motions shall be extended from August 28, 2000, to October 2, 2000.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

Andre M. Davis
United States District Judge

AMD:tt
cc: Court file