FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MARYLAND

ENRICO PARTNERS, L.P.        2000 AUG 30  P 3: 50

        Plaintiff/Counterclaim CLERK'S OFFICE *
        Defendant            AT BALTIMORE
                                          *  Civil Action No. AMD 00-283
v.                                    Y _____ DEPUTY
                                          *

MCDONALD'S CORPORATION
                                          *
        Defendant/Counterclaim
        Plaintiff                         *

    *    *    *    *    *    *    *    *    *    *    *

## STIPULATION OF DISMISSAL

Plaintiff Enrico Partners, L.P. and Defendant McDonald's Corporation, by their

undersigned attorneys, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1), that this matter,

including all claims and counterclaims, is **DISMISSED WITH PREJUDICE,** each side to bear

its own costs and attorneys' fees.


Respectfully submitted,


_____          _____
Vicki L. Dexter                          Timothy M. Boucher
B&O Building                             ROSENBERG PROUTT FUNK &
2 N. Charles Street, Suite 520           GREENBERG, LLP
Baltimore, Maryland 21201-3781           2115 First Maryland Building
Telephone: 410-625-4800                  25 South Charles Street
                                         Baltimore, MD 21202
                                         Telephone: 410-727-6600
Attorney for Plaintiff/Counterclaim
Defendant                                Attorneys for Defendant/Counterclaim
                                         Plaintiff

APPROVED
    the Clerk shall CLOSE THIS CASE
                    Andre Motain
                    8/30/2000

30

#132039 v1 - Stipulation of Dismissal